# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEAULIEU-BEDFORD,
    Petitioner,

    v.                                   C.A. No. 18-467-WES

RHODE ISLAND DEPARTMENT
OF CORRECTIONS,
    Respondent.

## JUDGMENT

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

Pursuant to this Court's Memorandum and Order dated July 29, 2019, judgment is hereby entered dismissing this action in accordance with Fed. R. Civ. P. 58.

July 30, 2019                     By the Court:

                                        /s/Hanorah Tyer-Witek,
                                        Clerk of Court